UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
10/23/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

| | |
|---|---|
| JANE DOE, | CASE NO. 6:23-cv-00052 |
|                 *Plaintiff,* | |
| v. | ORDER |
| BOARD OF VISITORS, VIRGINIA MILITARY INSTITUTE, | JUDGE NORMAN K. MOON |
|                 *Defendant.* | |

**ORDER**

This matter is before the Court on Plaintiff Jane Doe's Motion to Proceed Under Pseudonym. Dkt. 1. Upon consideration of the factors identified in *James v. Jacobson*, 6 F.3d 233 (4th Cir. 1993), finding good cause, Plaintiff's motion is hereby **GRANTED**, Dkt. 1; Plaintiff is permitted to proceed as "Jane Doe" in this litigation. The Parties are further **ORDERED** not to file information containing Plaintiff's unredacted name or other personally identifying information.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to all counsel of record.

Entered this 23rd day of October 2023.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

1