# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| **JANE DOE,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Case No.: 6:23CV00052 |
| **VIRGINIA MILITARY INSTITUTE,** | ) ) ) |
| **Defendant.** | ) ) ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

NOW COME the parties, by counsel, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) and represent to the Court that the above-referenced matter has settled and that the matter should be dismissed in its entirety, with prejudice. All costs and expenses relating to this litigation (including attorney and expert fees and expenses) will be borne by each party.

Respectfully submitted,

*s/Olivia S. Moulds*
Of Counsel

Dated: April 1, 2025

WE ASK FOR THIS:

*s/L. Leigh Rhoads*_____
Thomas E. Strelka, Esq. (VSB 75488)
L. Leigh Rhoads, Esq. (VSB 73355)
VIRGINIA EMPLOYMENT LAW
4227 Colonial Avenue
Roanoke, VA  24018
(540) 283-0802
thomas@vaemployment.law
leigh@vaemployment.law
  *Counsel for Plaintiff Jane Doe*


 *s/Olivia S. Moulds*_____
Victor O. Cardwell, Esq. (VSB No. 27747)
victor.cardwell@woodsrogers.com
Olivia S. Moulds, Esq. (VSB No. 98318)
olivia.moulds@woodsrogers.com
Woods Rogers Vandeventer Black PLC
P.O. Box 14125
10 South Jefferson Street, Suite 1800
Roanoke, Virginia 24038-4125
Telephone: (540) 983-7600
Facsimile: (540) 322-3812

Leah M. Stiegler, Esq. (VSB No. 89602)
leah.stiegler@woodsrogers.com
Woods Rogers Vandeventer Black PLC
901 East Byrd Street, Suite 1550
Richmond, Virginia 23219
Telephone: (804) 956-2058
Facsimile: (804) 944-2561
  *Counsel for Defendant Virginia Military Institute*