**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| | | |
|---|---|---|
| **JANE DOE,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No.: 6:23CV00052** |
| **VIRGINIA MILITARY INSTITUTE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AGREED DISMISSAL ORDER

The parties represent that they have reached a resolution and stipulate to the voluntary dismissal of this Action with prejudice.  All costs and expenses relating to this litigation (including attorney and expert fees and expenses) will be borne by each party. This is a final judgment.

Accordingly, this Action is **DISMISSED WITH PREJUDICE**.

The Clerk is directed to forward a copy of this Order to all Counsel of Record.

**IT IS SO ORDERED**.

Entered this _____ day of _____ 2025.

_____
United States District Judge